UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                Case No. 8:09-cr-84-T-30MAP

DARREN MOTTOLA,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Preliminary Order of Forfeiture (Doc. 21), which, upon entry, shall become a final order of forfeiture as to defendant Darren Mottola's, right, title and interest in the following property:

    1)    One Dell GX150 desktop computer, serial number 4KFV511;

    2)    IBM IC35L020AVER07 20.0 GB hard driver, serial number SVPTVGF8579; and

    3)    CD-R disks.

Being fully advised in the premises, the Court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between offenses charged in Count One of the Indictment and the property sought for forfeiture. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 21) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant Darren Mottola in the referenced computer equipment is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the property and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on May 26, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record

F:\Docs\2009\09-cr-84.forfeit 21.wpd