UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 8:09-cr-84-T-30MAP

DARREN MOTTOLA,

    Defendant.

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 28) by the United States for a Final Judgment of Forfeiture, pursuant to 18 U.S.C. § 2253, 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Fed. R. Crim. P., for the following property:

    1)    One Dell GX150 desktop computer, serial number 4KFV511;

    2)    IBM IC35L020AVER07 20.0 GB hard driver, serial number SVPTVGF8579; and

    3)    CD-R disks.

1.    On May 26, 2009, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America all the defendant's interest in the subject property listed above. (Doc. 22).

2.    In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the property,

on the official government website, www.forfeiture.gov, from May 27, 2009 through June 25, 2009. (Doc. 23). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

3. As part of his Plea Agreement, the defendant agreed to take all steps necessary to pass title to the subject property listed above to the United States prior to sentencing. (Doc. 15 at 5). Pursuant to Fed. R. Crim. P. 32.2(b)(3), the defendant also agreed that the preliminary order of forfeiture would be final as to his interest at the time it was entered, notwithstanding the requirement that it be made a part of the sentence and be included in the judgment. *Id.*

4. No persons or entities, other than the defendant, Darren Mottola, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the subject property. No third party has filed a petition or claimed an interest in the property, and the time for filing such petition has expired.

5. The Court finds that the subject property is the property of defendant Darren Mottola.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 28) is GRANTED. It is FURTHER ORDERED that all right, title and interest in the following property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 2253, 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law:

1) One Dell GX150 desktop computer, serial number 4KFV511;

2) IBM IC35L020AVER07 20.0 GB hard driver, serial number SVPTVGF8579; and

3) CD-R disks.

Clear title to the subject property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on August 13, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Anita M. Cream, AUSA
Attorney of Record

F:\Docs\2009\09-cr-84.fj forfeit 28.wpd